## CASE ANNOUNCEMENTS
### March 16, 2010

[Cite as *03/16/2010 Case Announcements #2,* 2010-Ohio-1030.]

## MOTION AND PROCEDURAL RULINGS

**2010–0330. State ex rel. Gaylor, Inc. v. Goodenow.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon consideration of respondents' motion for clarification of stay,

It is ordered by the court that the motion is granted. Respondents are precluded from taking any action or authorizing any contractor to act in connection with this case until further order of this court.

PFEIFER, J., dissents.